EVELYN PLISKA ET AL. *v.* ARIETTA TSOLAKIS
(7187)

BORDEN, STOUGHTON and NORCOTT, Js.

Argued April 20—decision released May 2, 1989

*Stacy A. Welch,* with whom, on the brief, was *Charles G. Karanian,* for the appellant (defendant).

*Nicholas E. DeNigris,* for the appellees (plaintiffs).

PER CURIAM. There is no error.